UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CARLOS PATINO, by his father )
and next friend, )
PEDRO PATINO, )
AND MARIA PATINO, )
)
      Plaintiffs, )
)
    v. )  CIVIL ACTION
)  NO.13-11114-WGY
)
PAUL McCARTHY, )
)
      Defendant. )
)

---

## JURY VERDICT

1. On the Patinos' excessive force claim, we find for:

    __X__  Paul McCarthy

    _____  Carlos Patino and assess
           compensatory damages of _____
           punitive damages of _____

2. On Maria Patino's claim for intentional infliction of emotional distress, we find for:

    __X__  Paul McCarthy

    _____  Maria Patino and assess
           compensatory damages of _____

                                    [signature]
                                    Foreman

Date: 9/9/16