## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
|  | Civil Action<br>No: 1:13-cv-11114-WGY |

**PATINO et al**
**Plaintiff**

**v.**

**McCARTHY**
**Defendant**


### JUDGMENT


This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT.**


　Robert M. Farrell　
Clerk

**So Approved**

　/s/ William G. Young　

　/s/ Jennifer Gaudet　
Deputy Clerk



**September 12, 2016**

**To: All Counsel**